**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Rachel Leanne Waldrop and Tony Karl Waldrop, Jr.,
Respondents,

v.

Jerald Denton Gaskins, Jr., Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000368

———————

Appeal From Greenville County
Tarita A. Dunbar, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-034
Submitted January 19, 2021 – Filed February 5, 2021

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville; and Jerald Denton Gaskins, Jr., of McCormick, pro se, both for Appellant.

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Respondents.

Amie Sarah Carpenter, of Greenville, as the Guardian ad Litem.

_____

**PER CURIAM:**  Jerald Denton Gaskins, Jr. appeals the family court's final order terminating his parental rights to his minor children and granting adoption to Tony Karl Waldrop, Jr.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Gaskins's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.